UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sarella Perry,<br><br>　　　Plaintiff,<br><br>v.<br><br>National Credit Systems, Inc.; TransUnion, LLC; and Equifax Information Services, LLC,<br><br>　　　Defendants. | Case No. 1:25-cv-01627-SDG-LTW |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Equifax Information Services, LLC may be dismissed without prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against TransUnion, LLC remain pending.

　　Respectfully submitted June 6, 2025

　　　　　　　　　　　　　　　　　　　　　　*/s/ Esther Oise*
　　　　　　　　　　　　　　　　　　　　　　Esther Oise, Esq. (GA Bar #686342)
　　　　　　　　　　　　　　　　　　　　　　Oise Law Group PC
　　　　　　　　　　　　　　　　　　　　　　2635 Governors Walk Blvd.
　　　　　　　　　　　　　　　　　　　　　　Snellville, GA 30078
　　　　　　　　　　　　　　　　　　　　　　Email: oiselaw@gmail.com
　　　　　　　　　　　　　　　　　　　　　　Telephone: (770) 895-3736
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*
