# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| Sarella Perry, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:25-cv-01627-SDG-LTW |
| National Credit Systems, Inc.; TransUnion, LLC; and Equifax Information Services, LLC, | § § § § | |
| Defendants. | § § § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT

## TRANSUNION, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant TransUnion, LLC hereby jointly stipulate that TransUnion, LLC may be dismissed without prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed and its entirety.

Dated:    June 12, 2025

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

*/s/ Paul W. Sheldon*
Paul W. Sheldon
Georgia Bar No. 947098
psheldon@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5453

(214) 871-2111 Fax
Counsel for Trans Union LLC

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 12, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*